| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Connolly, Colm F. | United States District Court for the District of Delaware | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

844 King Street
Unit 31
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Morgan, Lewis & Bockius, LLP |
| 2. Board Member | Ministry of Caring |
| 3. Board Member | Ursuline Academy |
| 4. Judge | United States District Court |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Morgan Lewis agreement pursuant to which I received my final partnership distribution calculated and fixed as of withdrawal from firm on 8/2/18. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Morgan Lewis partnership allocation | $940,274.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  M&T Bank Accounts | A | Interest | L | T | | | | | |
| 2.  Capital One Money Market Accounts | D | Interest | O | T | | | | | |
| 3. | | | | | | | | | |
| 4.  Retirement Savings Plan #1 (H) | | | | | | | | | |
| 5.  - T. Rowe Price Growth Stock Trust A | A | Dividend | K | T | | | | | |
| 6.  - Vanguard Institutional Index Instl Pl | A | Dividend | L | T | | | | | |
| 7.  - American Funds EuroPacific Growth R6 | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9.  Retirement Savings Plan #2 (H) | | | | | | | | | |
| 10.  - William Blair Intnl Growth I | B | Dividend | J | T | | | | | |
| 11.  - Dodge & Cox Intl Stock | C | Dividend | K | T | | | | | |
| 12.  - DFA US SMall Cap Port Instl | B | Dividend | K | T | | | | | |
| 13.  - Goldman Sachs Global Income Fund Instl | A | Dividend | L | T | | | | | |
| 14.  - Vanguard REIT Index Fund | A | Dividend | K | T | | | | | |
| 15. | | | | | | | | | |
| 16.  Defined Contribution Plan #1 (H) | | | | | | | | | |
| 17.  - William Blair Intnl Growth I | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dodge & Cox Intl Stock | A | Dividend | L | T | | | | | |
| 19. - DFA US Small Cap Port 1 | A | Dividend | L | T | | | | | |
| 20. - Invesco GI Real Estate R5 | A | Dividend | L | T | | | | | |
| 21. - Vanguard REIT Index Fund Inst | A | Dividend | L | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #1 (H) | | | | | | | | | |
| 24. - Vanguard 500 Index Fund Admiral | A | Dividend | | | Sold | 01/29/18 | L | | |
| 25. - Vanguard Emerging Markets Select Stock Fund | B | Dividend | L | T | Buy | 01/29/18 | L | | |
| 26. | | | | | | | | | |
| 27. IRA #2 (H) | | | | | | | | | |
| 28. - Vanguard Emerging Markets Stock Index Admiral CL | A | Dividend | K | T | | | | | |
| 29. - Vanguard Mid Cap Value Index Admiral CL | A | Dividend | K | T | | | | | |
| 30. - Vanguard High Yield Corp Investor CL | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Roth IRA #1 (H) | | | | | | | | | |
| 34. - Vanguard Capital Opportunity Find Invst CL | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Vanguard 500 Index Fund Admiral CL | A | Dividend | | | Sold | 01/29/18 | J | | |
| 36. - Vanguard Emerging Markets Select Stock Fund | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. Roth IRA #2 (H) | | | | | | | | | |
| 40. - Vanguard Capital Opportunity Fund Investor | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. Roth IRA #3 (H) | | | | | | | | | |
| 43. - Vanguard Target Retirement 2060 Fund | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Brokerage Account #1 (H) | | | | | | | | | |
| 46. - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 47. - Vanguard Dividend Appreciation Index Fund Admiral CL | A | Dividend | J | T | | | | | |
| 48. - Vanguard Prime Money Market Investor CL | A | Dividend | J | T | | | | | |
| 49. - Vanguard Small Cap Growth Index Fund Admiral CL | A | Dividend | J | T | | | | | |
| 50. - Vanguard Comsumer Discretionary ETF | A | Dividend | J | T | | | | | |
| 51. - Vanguard Consumer Staples ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Energy ETF | B | Dividend | L | T | | | | | |
| 53. - Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 54. - Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 55. - Vanguard S&P 500 Index ETF | A | Dividend | J | T | | | | | |
| 56. - Vanguard Communication Services ETF | A | Dividend | J | T | | | | | |
| 57. - Proteon Therapeutics | | None | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. Brokerage Account #3 (H) | | | | | | | | | |
| 60. - International Business Machines | A | Dividend | J | T | | | | | |
| 61. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. Brokerage Account #4 (H) | | | | | | | | | |
| 64. - International Business Machines | A | Dividend | J | T | | | | | |
| 65. - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. 529 #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - NY's 529 Aggressive Growth Portfolio | A | Dividend | | | Closed | 01/30/18 | J | | |
| 70. - NY's 529 Growth Portfolio | A | Dividend | | | Closed | 01/30/18 | J | | |
| 71. - NY's 529 Moderate Growth Portfolio | A | Dividend | J | T | | | | | |
| 72. - NY's 529 Interest Accumulation Portfolio | A | Dividend | J | T | Spinoff (from line 69) | 01/30/18 | J | | |
| 73. - NY's 529 Conservative Growth Portfolio | A | Dividend | K | T | Spinoff (from line 70) | 01/30/18 | J | | |
| 74. | | | | | | | | | |
| 75. 529 #2 (H) | | | | | | | | | |
| 76. - NY's 529 Income Portfolio | | | | | Closed | 01/30/18 | J | | |
| 77. - NY's 529 Interest Accumulation Portfolio | | | | | Closed | 07/18/18 | J | | |
| 78. | | | | | | | | | |
| 79. 529 #3 (H) | | | | | | | | | |
| 80. - NY's 529 Conservative Growth Portfolio | | | | | Closed | 07/18/18 | J | | |
| 81. - NY's 529 Income Portfolio | | | | | Closed | 07/18/18 | J | | |
| 82. - NY's 529 Interest Accumulation Portfolio | | | | | Closed | 07/18/18 | J | | |
| 83. | | | | | | | | | |
| 84. 529 #4 (H) | | | | | | | | | |
| 85. - NY's 529 Conservative Growth Portfolio | | | K | T | Spinoff (from line 88) | 01/30/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - NY's 529 Income Portfolio | | | L | T | | | | | |
| 87.  - NY's 529 Aggressive Growth Portfolio | | | | | | | | | |
| 88.  - NY's 529 Small-Cap Stock Index Portfolio | | | | | | | | | |
| 89.  - NY's 529 Moderate Growth Portfolio | | | J | T | Spinoff (from line 87) | 01/30/18 | J | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92.  529 #5 (H) | | | | | | | | | |
| 93.  - Fidelity DE Aggressive Growth Portfolio (Fidelity Indx) | | | K | T | | | | | |
| 94.  - Fidelity DE Aggressive Growth Portfolio (Fidelity FDS) | | | L | T | | | | | |
| 95. | | | | | | | | | |
| 96.  529 #6 (H) | | | | | | | | | |
| 97.  - Fidelity DE Conservative (Fid. Index) | | | J | T | | | | | |
| 98.  - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | | J | T | | | | | |
| 99. | | | | | | | | | |
| 100.  529 #7 (H) | | | | | | | | | |
| 101.  - Fidelity DE Conservative (Fid. Index) | | | K | T | | | | | |
| 102.  - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. 529 #8 (H) | | | | | | | | | |
| 105. - Fidelity DE Conservative (Fid. Index) | A | Dividend | K | T | | | | | |
| 106. - Fidelity DE Aggressive Growth Portfolio (Fidelity Indx) | | | K | T | | | | | |
| 107. - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | | L | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. UTMA #2 (H) | | | | | | | | | |
| 111. - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 112. - International Business Machines | A | Dividend | J | T | | | | | |
| 113. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. UTMA #3 (H) | | | | | | | | | |
| 116. - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 117. - International Business Machines | A | Dividend | J | T | | | | | |
| 118. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   College Avenue Student Loans, LLC units | | None | M | U | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colm F. Connolly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544